NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

v.

**KOMBI LTD.,**
*Defendant-Appellee.*

---

2012-1404

---

Appeal from the United States District Court for the Southern District of California in case no. 10-CV-1217, Judge Marilyn L. Huff.

---

## ON MOTION

---

## ORDER

The parties jointly move for an extension of time, until October 17, 2012, for Seirus to file its initial brief, for an extension of time, until November 17, 2012, for Kombi to file its response brief, for an extension of time, until December 10, 2012, for Seirus to file its reply brief, and for an extension of time, until December 17, 2012, to file the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 19 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew D. Murphey, Esq.
Kenneth F. Florek, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 19 2012

JAN HORBALY
CLERK